## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Penncro Associates, Inc.,**

      **Plaintiff,**

v.                                                      **Case No. 04-2549-JWL**

**Sprint Corporation; Sprint/United Management Company; and Sprint Spectrum L.P. d/b/a Sprint PCS,**

      **Defendants.**

### ORDER

On April 7, 2006, the court held a telephone status conference to discuss the procedure for presenting deposition testimony at trial. During the conference, defendants indicated their intent to assert pursuant to Federal Rule of Civil Procedure 32 objections to certain deposition designations made by plaintiff. As discussed during the conference, defendants shall file any Rule 32 objections to plaintiff's designations no later than 5:00pm on Monday, April 10, 2006. Plaintiff shall file its response to defendants' objections no later than 5:00pm on Wednesday, April 12, 2006.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2006, at Kansas City, Kansas.

                                                      s/ John W. Lungstrum
                                                    John W. Lungstrum
                                                    United States District Judge